**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| **WILLIE WILLIAMS,**           )<br>                                                          )<br>         Plaintiff,                          )<br>                                                          )<br>v.                                                     )         Case No. 1:25-cv-01766-PTG-LRV<br>                                                          )<br>**NAVY-MARINE CORPS RELIEF**   )<br>**SOCIETY**                                  )<br>                                                          )<br>         Defendant.                      )<br>_____)   | |

## NOTICE OF APPEARANCE OF MICAH E. TICATCH

PLEASE TAKE NOTICE that Micah E. Ticatch of the law firm of Isler Dare, P.C., who is a member in good standing of the Virigina Bar and of this Court, hereby enters his appearance in the above-titled action on behalf of Defendant Navy-Marine Corps Relief Society.

Dated: November 7, 2025

Respectfully submitted,

*/s/ Micah E. Ticatch*
Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
John W. H. Harding, Va. Bar No. 87602
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: eisler@islerdare.com
Email: mticatch@islerdare.com
Email: jharding@islerdare.com

*Counsel for Defendant
Navy-Marine Corps Relief Society*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of November 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to the following:

> Adam Seth Nadelhaft
> Charlson Bredehoft Cohen Brown & Nadelhaft PC
> 11260 Roger Bacon Dr, Suite 201
> Reston, VA 20190
> 703-318-6800
> Fax: 703-318-6808
> Email: anadelhaft@cbcblaw.com
>
> *Counsel for Plaintiff*
> *Willie Williams*

> /s/ Micah E. Ticatch
> Micah E. Ticatch, Va. Bar No. 83351
> ISLER DARE, P.C.
> 1945 Old Gallows Road. Suite 650
> Vienna, Virginia 22182
> Phone: (703) 748-2690
> Facsimile: (703) 748-2695
> Email: mticatch@islerdare.com
>
> *Counsel for Defendant*
> *Navy-Marine Corps Relief Society*