IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| WILLIE WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-01766-PTG-LRV |
| ) | |
| NAVY-MARINE CORPS RELIEF ) | |
| SOCIETY ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S CONSENTED TO MOTION
TO EXTEND TIME TO RESPOND TO COMPLAINT**

Defendant Navy-Marine Corps Relief Society ("NMCRS"), by counsel, respectfully moves the Court for entry of an Order extending the time for NMCRS to respond to the Complaint filed by Plaintiff Willie Williams. In support of this Motion, NMCRS states the following:

1. Plaintiff filed the Complaint with this Court on October 14, 2025.

2. On October 21, 2025, Plaintiff served the Complaint and Summons via process server upon NMCRS' registered agent, Registered Agents, Inc.

3. Accordingly, NMCRS must file and serve its responsive pleadings to the Complaint on or before November 12, 2025.

4. Counsel for Plaintiff has consented to the filing of this Motion for a 13-day extension of time by which NMCRS must file and serve its responsive pleadings (until Tuesday, November 25, 2025).

5. NMCRS has not previously filed a motion to extend the time to file responsive pleadings in this matter.

6. Granting this Motion will not delay the efficient and timely adjudication of this action and will not prejudice any party.

7. This Motion is made in good faith and not for the purposes of delay.

8. The parties waive oral argument on this Motion.

WHEREFORE, NMCRS, by counsel, moves the Court to issue an order setting November 25, 2025 as the date by which it must file and serve its responsive pleadings in this matter. A proposed Order is being filed simultaneously.

Dated: November 7, 2025

Respectfully submitted,

*/s/ Micah E. Ticatch*
Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
John W. H. Harding, Va. Bar No. 87602
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: eisler@islerdare.com
Email: mticatch@islerdare.com
Email: jharding@islerdare.com

*Counsel for Defendant*
*Navy-Marine Corps Relief Society*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of November 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to the following:

Adam Seth Nadelhaft
Charlson Bredehoft Cohen Brown & Nadelhaft PC
11260 Roger Bacon Dr, Suite 201
Reston, VA 20190
703-318-6800
Fax: 703-318-6808
Email: anadelhaft@cbcblaw.com

*Counsel for Plaintiff*
*Willie Williams*

/s/ Micah E. Ticatch
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: mticatch@islerdare.com

*Counsel for Defendant*
*Navy-Marine Corps Relief Society*