IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| **WILLIE WILLIAMS,** )<br>)<br>      **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**NAVY-MARINE CORPS RELIEF** )<br>**SOCIETY** )<br>)<br>      **Defendant.** )<br>_____ ) | Case No. 1:25-cv-01766-PTG-LRV |

## ORDER

This matter comes before the Court on Defendant's Consented To Motion to Extend Time to Respond to Complaint. Upon the consent of the parties and for good cause shown, it is hereby

**ORDERED** that Defendant's Motion is **GRANTED**; and it is further

**ORDERED** that Defendant shall file and serve its responsive pleadings to the Complaint on or before November 25, 2025.

Entered this ___ day of November.

_____
Hon. Patricia Tolliver Giles
United States District Judge