IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| WILLIE WILLIAMS, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>NAVY-MARINE CORPS RELIEF )<br>SOCIETY )<br>)<br>    Defendant. )<br>_____) | Case No. 1:25-cv-01766-PTG-LRV |

**DEFENDANT NAVY-MARINE CORPS RELIEF SOCIETY'S
RULE 7.1 DISCLOSURE OF CORPORATE
<u>AFFILIATIONS AND FINANCIAL INTERESTS</u>**

Defendant Navy-Marine Corps Relief Society ("NMCRS"), by and through undersigned counsel and in accordance with Fed. R. Civ. P. 7.1 and Local Rule 7.1, states:

NMCRS is a 501(c)(3) non-profit, nonstock corporation serving the financial, educational, and lifestyle needs of its members, primarily active duty and retied members of the Navy, Marine Corps, and their families.  NMCRS has no corporate parents, trusts, subsidiaries and/or affiliates that have issued shares or debt securities to the public.

Dated: November 7, 2025

Respectfully submitted,

<u>/s/ Micah E. Ticatch</u>
Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
John W. H. Harding, Va. Bar No. 87602
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: eisler@islerdare.com
Email: mticatch@islerdare.com

Email: jharding@islerdare.com

*Counsel for Defendant*
*Navy-Marine Corps Relief Society*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of November 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to the following:

>Adam Seth Nadelhaft
>Charlson Bredehoft Cohen Brown & Nadelhaft PC
>11260 Roger Bacon Dr, Suite 201
>Reston, VA 20190
>703-318-6800
>Fax: 703-318-6808
>Email: anadelhaft@cbcblaw.com
>
>*Counsel for Plaintiff*
>*Willie Williams*

>*/s/ Micah E. Ticatch*
>Micah E. Ticatch, Va. Bar No. 83351
>ISLER DARE, P.C.
>
>*Counsel for Defendant*
>*Navy-Marine Corps Relief Society*