IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| WILLIE WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:25-cv-01766-PTG-LRV |
| NAVY-MARINE CORPS RELIEF SOCIETY | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter comes before the Court on Defendant's Consent Motion to Extend Time to Respond to Complaint. (Dkt. No. Upon review of the unopposed Motion, it is hereby

**ORDERED** that Defendant's Motion is **GRANTED**; and it is further

**ORDERED** that Defendant shall file and serve its responsive pleadings to the Complaint on or before November 25, 2025.

**ENTERED** this 10th day of November, 2025.

_____/s/ *LRV*
Lindsey Robinson Vaala
United States Magistrate Judge

Alexandria, Virginia