# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| WILLIAM WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:25-cv-01766-MSN-LRV |
| NAVY-MARINE CORPS RELIEF SOCIETY | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO DISMISS

For the reasons stated in the concurrently filed Memorandum in Support, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Navy-Marine Corps Relief Society ("NMCRS") hereby moves for an Order dismissing Plaintiff's Amended Complaint (Dkt. 9).

Dated: December 5, 2025

Respectfully submitted,

/s/ Edward Lee Isler
Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
John W. H. Harding, Va. Bar No. 87602
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: eisler@islerdare.com
Email: mticatch@islerdare.com
Email: jharding@islerdare.com

*Counsel for Defendant*
*Navy-Marine Corps Relief Society*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of December 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to the following:

>Adam Seth Nadelhaft
>Charlson Bredehoft Cohen Brown & Nadelhaft PC
>11260 Roger Bacon Dr, Suite 201
>Reston, VA 20190
>703-318-6800
>Fax: 703-318-6808
>Email: anadelhaft@cbcblaw.com
>
>*Counsel for Plaintiff*
>*Willie Williams*

>/s/ Edward Lee Isler
>Edward Lee Isler, Va. Bar No. 27985
>ISLER DARE, P.C.
>
>*Counsel for Defendant*
>*Navy-Marine Corps Relief Society*