IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| WILLIE WILLIAMS, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>NAVY-MARINE CORPS RELIEF )<br>SOCIETY )<br>)<br>    Defendant. )<br>_____) | Case No. 1:25-cv-01766-MSN-LRV |

**ORDER**

Upon consideration of Defendant's Motion to Dismiss ("Motion"), the memoranda submitted in support of and in opposition thereto, and argument, it is hereby:

ORDERED that the Motion be and is GRANTED; and it is further

ORDERED that the Amended Complaint in this matter is dismissed with prejudice.


Dated: _____, 2025

Alexandria, Virginia

_____
Hon. Michael S. Nachmanoff
United States District Court for the
Eastern District of Virginia