**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| **WILLIE WILLIAMS,** )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>**NAVY-MARINE CORPS RELIEF** )<br>**SOCIETY** )<br>)<br>    Defendant. )<br>_____) | Case No. 1:25-cv-01766-MSN-LRV |

## NOTICE OF HEARING

Please take notice that on <u>Friday January 30, 2026</u>, at 10:00 a.m. or as soon thereafter as counsel may be heard, Defendant Navy-Marine Corps Relief Society ("NMCRS"), through undersigned counsel, will appear before this Honorable Court, in the United States District Courthouse, 401 Courthouse Square, Alexandria, Virginia, 22314, and request the Court to rule on Defendant's Motion to Dismiss.

Dated: December 5, 2025

Respectfully submitted,

*/s/ Edward Lee Isler*
Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
John W. H. Harding, Va. Bar No. 87602
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: eisler@islerdare.com
Email: mticatch@islerdare.com
Email: jharding@islerdare.com

*Counsel for Defendant
Navy-Marine Corps Relief Society*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of December 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to the following:

        Adam Seth Nadelhaft
        Charlson Bredehoft Cohen Brown & Nadelhaft PC
        11260 Roger Bacon Dr, Suite 201
        Reston, VA 20190
        703-318-6800
        Fax: 703-318-6808
        Email: anadelhaft@cbcblaw.com

        *Counsel for Plaintiff*
        *Willie Williams*

        */s/ Edward Lee Isler*
        Edward Lee Isler, Va. Bar No. 27985
        ISLER DARE, P.C.

        *Counsel for Defendant*
        *Navy-Marine Corps Relief Society*