IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| WILLIE WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:25-cv-01766-MSN-LRV |
| | ) |
| NAVY-MARINE CORPS RELIEF SOCIETY | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION FOR EXTENSION OF TIME**

Defendant Navy-Marine Corps Relief Society and Plaintiff Willie Williams, by counsel, respectfully move the Court for entry of an Order extending the briefing dates on NMCRS's Motion to Dismiss. In support of this Motion, NMCRS states the following:

1. On December 5, 2025, Defendant filed a Motion to Dismiss (Dkt. 10) ("MTD") and Supporting Memorandum (Dkt. 11).

2. Under the Local Rules of this Court, Plaintiff's Opposition to the MTD would be due on December 19, 2025 and Defendants Reply would be due on December 26, 2025.

3. Counsel having conferred regarding the holiday closures of their respective offices, the Parties hereby jointly request that the Court modify the briefing schedule on the MTD as follows:

| | |
|---|---|
| Plaintiff's Opposition Brief | January 9, 2026 |
| Defendant's Reply Brief | January 21, 2026 |
| Hearing on MTD | January 30, 2026 |

1

4.  Granting this Motion will not delay the efficient and timely adjudication of this action and will not prejudice any party.

5.  This Motion is made in good faith and not for the purposes of delay.

6.  The parties waive oral argument on this Motion.

WHEREFORE, the Parties, by counsel, respectfully move the Court to issue an Order setting the briefing schedule set forth above.  A proposed Order is being filed simultaneously.

Dated: December 5, 2025

Respectfully submitted,                              Respectfully submitted,

*/s/ Adam S. Nadelhaft\**
Adam S. Nadelhaft, Va. Bar No. 91717
Charlson Bredehoft Cohen Brown & Nadelhaft PC
11260 Roger Bacon Dr, Suite 201
Reston, VA 20190
703-318-6800
Fax: 703-318-6808
Email: anadelhaft@cbcblaw.com

*Counsel for Plaintiff*
*Willie Williams*

*\*Signed electronically with permission of counsel*

*/s/ Edward Lee Isler*
Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va, Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690 (main)
(703) 748 2695 (fax )
eisler@islerdare.com
mticatch@islerdare.com

*Counsel for Defendant*
*Navy-Marine Corps Relief Society*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of December 2025, I will file the foregoing through the Court's ECF system, which will send a copy to the following counsel of record:

>Adam S. Nadelhaft
>Charlson Bredehoft Cohen Brown & Nadelhaft PC
>11260 Roger Bacon Dr, Suite 201
>Reston, VA 20190
>703-318-6800
>Fax: 703-318-6808
>Email: anadelhaft@cbcblaw.com
>
>*Counsel for Plaintiff*
>*Willie Williams*

>*/s/ Edward Lee Isler*
>Edward Lee Isler, VA Bar No. 27985
>ISLER DARE, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>(703) 748-2690 (main)
>(703) 748 2695 (fax )
>eisler@islerdare.com
>
>*Counsel for Defendant*