**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| **WILLIE WILLIAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 1:25-cv-01766-PTG-LRV** |
| ) | |
| **NAVY-MARINE CORPS RELIEF** ) | |
| **SOCIETY** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

This matter comes before the Court on the parties Joint Motion for Extension of Time. For good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Opposition Brief to Defendant's Motion to Dismiss (Dkt. 10) shall be filed on or before January 9, 2026; Defendant's Reply Brief shall be due on or before January 21, 2026; and the matter shall be set for hearing on January 30, 2026.

Entered this ___ day of December 2025.

_____
Judge, U.S. District Court
for the Eastern District of Virginia