IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| WILLIE WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Case No. 1:25-cv-01766-MSN-LRV |
| NAVY-MARINE CORPS RELIEF SOCIETY, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter comes before the Court on the parties Joint Motion for Extension of Time. For good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Opposition Brief to Defendant's Motion to Dismiss (Dkt. 10) shall be filed on or before January 9, 2026; Defendant's Reply Brief shall be due on or before January 21, 2026; and the matter shall be set for hearing on January 30, 2026.

Entered this 8 day of December 2025.

/s/
Michael S. Nachmanoff
United States District Judge
Judge, U.S. District Court
for the Eastern District of Virginia