# MOTION HEARING

Date: 1/30/2026

Start: 10:01 A.M.
Finish: 10:43 A.M.

Judge: Michael S. Nachmanoff
Reporter: Diane Salters
Deputy Clerk: Lynnelle Creek

**CIVIL ACTION NUMBER: 1:25-cv-1766**

**Williams v. Navy-Marine Corps Relief Society**

_____

## APPEARANCE OF COUNSEL

**PLAINTIFF**
Rosemary Loehr
Adam Nadlehaft

**DEFENDANT**
Edward Isler

_____

## PROCEEDING

1. Moton to Dismiss by Defendant (Dkt. 10)- **Granted in Part and Denied in Part.**
   - Motion granted with prejudice with respect to counts 1-4, and 7-8.
   - Motion denied with respect to counts 5-6.
   - Answer with respect to remaining counts permitted to be filed within 14 days.
   - Parties advised of settlement options.

_____

(  ) Report and Recommendation to Follow
(✓) Order to Follow