IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

WILLIE WILLIAMS,
      *Plaintiff*,

v.

NAVY-MARINE CORPS RELIEF SOCIETY,
      *Defendant*.

1:25-cv-01766-MSN-LRV

ORDER

This matter comes before the Court on Defendant's Motion to Dismiss for Failure to State a Claim. ECF 10. Having considered the Motion and the arguments of counsel, and for the reasons stated in open court, it is hereby

**ORDERED** that Defendant's Motion to Dismiss for Failure to State a Claim (ECF 10) is **GRANTED IN PART AND DENIED IN PART**. Defendant's Motion is **GRANTED** with respect to Counts 1, 2, 3, 4, 7, 8, and 9 of the Amended Complaint. Defendant's Motion is **DENIED** with respect to Counts 5 and 6 of the Amended Complaint; it is further

**ORDERED** that Counts 1, 2, 3, 4, 7, 8, and 9 of the Amended Complaint are **DISMISSED WITH PREJUDICE**.

It is **SO ORDERED.**

The Clerk is directed to forward a copy of this Order to counsel of record.

                                                       /s/
                                     Michael S. Nachmanoff
                                     United States District Judge

January 30, 2026
Alexandria, Virginia