INITIAL PRETRIAL CONFERENCE

MAGISTRATE JUDGE: Lindsey R. Vaala

CA- 1:25-cv-1766

Williams v. Navy-Marine Corps Relief Society

DATE: 3/11/2026                    TIME: 11:03 - 11:15

APPEARANCE OF COUNSEL FOR:  (X) PLAINTIFF(S)       (X) DEFENDANT(S)
( )PRO SE PLTF       ( ) PRO SE DEFT

DISCOVERY PLAN:

(X) APPROVED    ( ) APPROVED IN PART   ( ) TAKEN UNDER ADVISEMENT

( ) FILE BY _____

CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE:

( ) YES

( ) CONSENT SIGNED

ADR/SETTLEMENT:

( ) PENDING   ( ) WILL DISCUSS   ( ) OTHER

(X) ORDER TO ISSUE

CASE CONTINUED TO _____ FOR 16(B) CONFERENCE