**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| **WILLIE WILLIAMS,**<br><br>　　**Plaintiff,**<br><br>**v.**<br><br>**NAVY-MARINE CORPS RELIEF SOCIETY**<br><br>　　**Defendant.** | )<br>)<br>)<br>)<br>)　　**Case No. 1:25-cv-01766-PTG-LRV**<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S CONSENTED TO MOTION
TO EXTEND TIME TO OBJECT TO DISCOVERY**

Defendant Navy-Marine Corps Relief Society ("NMCRS"), by counsel, respectfully moves the Court for entry of an Order extending the time for NMCRS to object to discovery served on it by Plaintiff Willie Williams by <u>one week</u>. In support of this Motion, NMCRS states the following:

1.　　On May 13, 2026, Plaintiff served on NMCRS a Second Set of Discovery, consisting of 27 Requests for Admission, 6 Interrogatories, and 55 Requests for Production.

2.　　Pursuant to Local Rule 26(C), NMCRS' objections to the Second Set of Discovery are due on May 28, 2026.

3.　　NMCRS has objections to a large number of the requests in the Second Set of Discovery, and it will take significant time and resources to draft written objections.

4.　　In the meantime, the parties are currently exploring the possibility of resolution and the parties are in agreement that a week extension to the objections will increase the chances that resolution will be possible.

5.    **Plaintiff has consented** to a one-week extension of the objection deadline to June 4, 2026.  Pursuant to Local Rule 37(F), NMCRS seeks an order of the Court agreeing to such extension.

6.    Granting this Motion will not delay the efficient and timely adjudication of this action and will not prejudice any party.

7.    This Motion is made in good faith and not for the purposes of delay.

8.    The parties waive oral argument on this Motion.


Dated: May 27, 2026                                   Respectfully submitted,

                                                      */s/ Micah E. Ticatch*
                                                      Edward Lee Isler, Va. Bar No. 27985
                                                      Micah E. Ticatch, Va. Bar No. 83351
                                                      John W. H. Harding, Va. Bar No. 87602
                                                      ISLER DARE, P.C.
                                                      1945 Old Gallows Road. Suite 650
                                                      Vienna, Virginia 22182
                                                      Phone: (703) 748-2690
                                                      Facsimile: (703) 748-2695
                                                      Email: eisler@islerdare.com
                                                      Email: mticatch@islerdare.com
                                                      Email: jharding@islerdare.com

                                                      *Counsel for Defendant*
                                                      *Navy-Marine Corps Relief Society*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 27th day of May 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to the following:

Adam Seth Nadelhaft
Charlson Bredehoft Cohen Brown & Nadelhaft PC
11260 Roger Bacon Dr, Suite 201
Reston, VA 20190
703-318-6800
Fax: 703-318-6808
Email: anadelhaft@cbcblaw.com

*Counsel for Plaintiff*
*Willie Williams*

/s/ Micah E. Ticatch
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: mticatch@islerdare.com

*Counsel for Defendant*
*Navy-Marine Corps Relief Society*