**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| **WILLIE WILLIAMS,** )<br><br>**Plaintiff,** )<br><br>v. )<br><br>**NAVY-MARINE CORPS RELIEF** )<br>**SOCIETY** )<br><br>**Defendant.** )<br>_____ ) | <br><br><br><br>**Case No. 1:25-cv-01766-PTG-LRV** |

**ORDER**

This matter comes before the Court on Defendant's Consented To Motion to Extend Time to Object to Discovery.  Upon the consent of the parties and for good cause shown, it is hereby

**ORDERED** that Defendant's Motion is **GRANTED**; and it is further

**ORDERED** that Defendant shall serve objections to Plaintiff's Second Set of Discovery on or before June 4, 2026.

Entered this ____ day of May, 2026.

_____
Judge, United States District Court
for the Eastern District of Virginia