IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| WILLIE WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-01766-PTG-LRV |
| | ) | |
| NAVY-MARINE CORPS RELIEF | ) | |
| SOCIETY | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

This matter comes before the Court on Defendant's Consented To Motion to Extend Time

to Object to Discovery.  Upon the consent of the parties and for good cause shown, it is hereby

**ORDERED** that Defendant's Motion is **GRANTED**; and it is further

**ORDERED** that Defendant shall serve objections to Plaintiff's Second Set of Discovery

on or before June 4, 2026.

ENTERED this 28th day of May, 2026.

Alexandria, Virginia

_____/s/ _LRV_____
Lindsey Robinson Vaala
United States Magistrate Judge