**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | | |
|---|---|---|
| WILLIE WILLIAMS, | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-01766-MSN-LRV |
| | ) | |
| NAVY-MARINE CORPS RELIEF | ) | |
| SOCIETY | ) | |
| | ) | |
|     **Defendant.** | ) | |
| | ) | |

**PLAINTIFF'S CONSENTED TO MOTION TO MODIFY SCHEDULING ORDER,**
**EXTEND DISCOVERY DEADLINE AND**
**RESCHEDULE FINAL PRETRIAL CONFERENCE**

COMES NOW Plaintiff, Willie Williams , by counsel, pursuant to Fed. R. Civ. P. 16(b)(4), and files his Consented to Motion to Modify Scheduling Order, Extend Discovery Deadline and Reschedule Final Pretrial Conference.  In support, Plaintiff states as follows:

1.  On February 17, 2026, this Court issued its Scheduling Order (Doc. 23) setting a discovery deadline of June 12, 2026, and a Final Pretrial Conference on June 18, 2026, at 2:00 p.m.

2.  Since the Scheduling Order was issued, the parties have worked diligently to exchange written discovery and documents.

3.  Depositions are scheduled to begin next week with the deposition of the Plaintiff, and are scheduled through June 12, 2026.

4.  Unfortunately, Plaintiff has had to deal with a close family medical emergency this week that will continue at least into next week, when his deposition is scheduled.  It will be very difficult for him to prepare for his deposition and help his counsel prepare for upcoming depositions of Defendant's witnesses during this time.

5. In addition, the parties have been engaged in good faith settlement discussions and have scheduled a Settlement Conference with U.S. Magistrate Judge Vaala for June 25, 2026 at 10:30 AM.

6. Considering the above, as well as the unavailability of key defendant witnesses the weeks of June 29-July 3 and July 6-10, 2026, Plaintiff respectfully requests, and Defendant consents to such request, that the discovery deadline be extended by six (6) weeks to July 24, 2026. This will allow time for Plaintiff to focus on addressing his family medical emergency, and allow the parties to engage in the scheduled Settlement Conference.

7. The parties also request that the Court agreed to allow the parties to stay the service of any pending discovery objections and responses until one week after the Settlement Conference (if the case is not resolved).

8. This request is not due to dilatoriness or inattention to this matter. Rather, due to the unexpected medical emergency and the parties' desire to attempt to settle this matter, a short extension of the discovery deadline is needed.

9. This request is also timely in that the discovery close date has not yet passed.

10. Plaintiff submits that the aforementioned facts provide good cause to modify the Scheduling Order pursuant to Fed. R. Civ. P. 16(b)(4), by extending the discovery deadline to July 24, 2026, and rescheduling the Final Pretrial Conference to a date thereafter available to the court.

WHEREFORE, considering the above, Plaintiff, by counsel, respectfully requests that the court grant its Consented to Motion to Modify Scheduling Order, Extend Discovery Deadline and Reschedule Final Pretrial Conference and extend the discovery close date to July 10, 2026 and reset the Final Pretrial Conference.

May 29, 2026

Respectfully submitted,

Adam S. Nadelhaft, VSB 91717
Rosemary A. Loehr, *pro hac vice*
CHARLSON BREDEHOFT COHEN
BROWN & NADELHAFT, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800 Telephone
(703) 318-6808 Facsimile
anadelhaft@cbcblaw.com
rloehr@cbcblaw.com
*Counsel for Plaintiff, Willie Williams*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of May 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to the following:

Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
John W. H. Harding, Va. Bar No. 87602
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650 Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: eisler@islerdare.com
Email: mticatch@islerdare.com
Email: jharding@islerdare.com
*Counsel for Defendant*
*Navy-Marine Corps Relief Society*

Adam S. Nadelhaft, VSB 91717
CHARLSON BREDEHOFT
COHEN BROWN & NADELHAFT, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800 Telephone
(703) 318-6808 Facsimile
anadelhaft@cbcblaw.com
*Counsel for Plaintiff, Willie Williams*