**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| **WILLIE WILLIAMS,**                 ) | |
|                             ) | |
|      **Plaintiff,**               ) | |
|                             ) | |
| **v.**                                ) | **Case No. 1:25-cv-01766-MSN-LRV** |
|                             ) | |
| **NAVY-MARINE CORPS RELIEF**   ) | |
| **SOCIETY**                     ) | |
|                             ) | |
|      **Defendant.**            ) | |
|                             ) | |

## <u>WAIVER OF ORAL ARGUMENT</u>

PLEASE TAKE NOTICE that Plaintiff Willie Williams, by counsel, hereby waives oral

argument on his Motion to Modify Scheduling Order, Extend Discovery Deadline and

Reschedule Final Pretrial Conference.

May 29, 2026

Respectfully submitted,

Adam S. Nadelhaft, VSB 91717
Rosemary A. Loehr, *pro hac vice*
CHARLSON BREDEHOFT COHEN
BROWN & NADELHAFT, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800 Telephone
(703) 318-6808 Facsimile
anadelhaft@cbcblaw.com
rloehr@cbcblaw.com
*Counsel for Plaintiff, Willie Williams*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to the following:

Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
John W. H. Harding, Va. Bar No. 87602
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650 Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: eisler@islerdare.com
Email: mticatch@islerdare.com
Email: jharding@islerdare.com
*Counsel for Defendant*
*Navy-Marine Corps Relief Society*


Adam S. Nadelhaft, VSB 91717
CHARLSON BREDEHOFT
COHEN BROWN & NADELHAFT, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800 Telephone
(703) 318-6808 Facsimile
anadelhaft@cbcblaw.com
*Counsel for Plaintiff, Willie Williams*