IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

WILLIE WILLIAMS,                               )
                                               )
    Plaintiff,                                )
                                               )
v.                                             )      Case No. 1:25-cv-01766-MSN-LRV
                                               )
NAVY-MARINE CORPS RELIEF                        )
SOCIETY                                        )
                                               )
    Defendant.                                )
_____)

## ORDER

This matter is before the Court on the Plaintiff's Consented to Motion to Modify Scheduling Order, Extend Discovery Deadline and Reschedule Final Pretrial Conference ("Motion"). This matter can be decided without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that current June 12, 2026 discovery deadline is **EXTENDED** until July 24, 2026. It is further

**ORDERED** that the service of any pending discovery objections and responses is stayed until one week after the Settlement Conference, currently scheduled for June 25, 2026 at 10:30 AM (if the case is not resolved). It is further

**ORDERED** that the Final Pretrial Conference, which is currently scheduled for June 18, 2026, is **CONTINUED** until August 20, 2026 at 10:00 a.m. before United States District Judge Michael S. Nachmanoff.

**ENTERED** this 2nd day of June, 2026.

Alexandria, Virginia

                              /s/

                     Lindsey Robinson Vaala
                     United States Magistrate Judge