**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| WILLIE WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-01766-MSN-LRV |
| ) | |
| NAVY-MARINE CORPS RELIEF ) | |
| SOCIETY ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Willie Williams and Defendant

Navy-Marine Corps Relief Society stipulate and consent to the dismissal of this case, with

prejudice; and it is therefore

**ORDERED** this matter be, and it hereby is, dismissed, with prejudice as to all claims

against Defendant.

**SO ORDERED.**

ENTERED this _____ day of _____, 2026.

_____
The Honorable Judge Michael S. Nachmanoff
United States District Judge

WE ASK FOR THIS:

Adam S. Nadelhaft, VSB 91717
Rosemary A. Loehr, *pro hac vice*
CHARLSON BREDEHOFT COHEN
BROWN & NADELHAFT, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800 Telephone
(703) 318-6808 Facsimile
anadelhaft@cbcblaw.com
rloehr@cbcblaw.com
*Counsel for Plaintiff, Willie Williams*


Edward Lee Isler, Va. Bar. No. 27985
Micah E. Ticatch, Va. Bar No. 83351
John W. H. Harding, Va. Bar No. 87602
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650 Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: eisler@islerdare.com
Email: mticatch@islerdare.com
Email: jharding@islerdare.com
*Counsel for Defendant*
*Navy-Marine Corps Relief Society*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this   20th day of July, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to the following:

Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
John W. H. Harding, Va. Bar No. 87602
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650 Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: eisler@islerdare.com
Email: mticatch@islerdare.com
Email: jharding@islerdare.com
*Counsel for Defendant*
*Navy-Marine Corps Relief Society*

Adam S. Nadelhaft, VSB 91717
CHARLSON BREDEHOFT
COHEN BROWN & NADELHAFT, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800 Telephone
(703) 318-6808 Facsimile
anadelhaft@cbcblaw.com
*Counsel for Plaintiff, Willie Williams*

3