IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| WILLIE WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:25-cv-01766-MSN-LRV |
| | ) |
| NAVY-MARINE CORPS RELIEF | ) |
| SOCIETY | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Willie Williams and Defendant

Navy-Marine Corps Relief Society stipulate and consent to the dismissal of this case, with

prejudice; and it is therefore

**ORDERED** this matter be, and it hereby is, dismissed, with prejudice as to all claims

against Defendant.

**SO ORDERED.**

ENTERED this ___21st___ day of ___July___, 2026.

/s/
Michael S. Nachmanoff
United States District Judge
_____
The Honorable Judge Michael S. Nachmanoff
United States District Judge